JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MULTI TIME MACHINE, INC., | **Case No. CV11-09076 DDP (MANx)** |
| Plaintiff, | **JUDGMENT** |
| v. | |
| AMAZON.COM, INC. AND AMAZON SERVICES, LLC, | |
| Defendants. | |

**IT IS NOW ORDERED, ADJUDGED AND DECREED** that:

1. Judgment is hereby entered in favor of Defendants Amazon.com, Inc. and Amazon Services, LLC and against Plaintiff Multi Time Machine, Inc.; and

2. Plaintiff's Complaint is dismissed in its entirety and with prejudice; and

3. Defendants are awarded all taxable costs upon the filing of a bill of costs within 14 days.

Dated: February 20, 2013

Honorable Dean D. Pregerson
United States District Judge

JUDGMENT